UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ORAM HOLDINGS LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 25-cv-02857-AJB-KSC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>**(Doc. No. 6)** |

On January 13, 2026, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), seeking to dismiss the action as to all defendants with prejudice. (Doc. No. 6.) Accordingly, the Court **DISMISSES** this action in its entirety **with prejudice**. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: January 27, 2026

Hon. Anthony J. Battaglia
United States District Judge